1054

[Nos. 5270-2-III; 5344-0-III.   Division Three.   January 24, 1985.]

RALPH W. HUNTER, ET AL, *Appellants,* v. HOLY
FAMILY HOSPITAL, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for Spo-
kane County, No. 80-2-02261-4, George T. Shields, J.,
entered June 10 and July 26, 1982. *Reversed* by unpub-
lished opinion per Green, C.J., concurred in by McInturff,
J., Thompson, J., concurring in part and dissenting in part.

[No. 6804-4-II.   Division Two.   January 25, 1985.]

*In the Matter of the Marriage of* HATTIE ANN
ARATA, *Appellant, and* JOHN H.
ARATA, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 39266, David R. Draper, J., entered December
27, 1982. *Affirmed* by unpublished opinion per Alexander,
J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6796-0-II.   Division Two.   January 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
J. SPENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. C-2266, Herbert E. Wieland, J., entered Janu-
ary 4, 1983. *Affirmed* by unpublished opinion per Wors-
wick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 6857-5-II.   Division Two.   January 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
R. CASTERLINE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 82-1-00292-3, Robert J. Bryan, J., entered
December 29, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Petrich and Alexander, JJ.